AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| GEMANE NETTLES<br><br>*Plaintiff(s)*<br>v.<br>SRI CHINMOY CENTER CHURCH, INC., SMILE OF THE BEYOND, INC., and THE SMILE CAFÉ, INC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-04721-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Smile of the Beyond, Inc.
86-14 Parsons Blvd.
Jamaica, New York 11432

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Maria-Constanza Barducci, Esq. (Bar No. 5070487)
   Barducci Law Firm, PLLC
   5 West 19 Street, 10th Floor
   New York, New York 10011
   (212) 433-2554

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney

*CLERK OF COURT*

Date: 7/8/2024                                           s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| GEMANE NETTLES<br><br>*Plaintiff(s)*<br>v.<br>SRI CHINMOY CENTER CHURCH, INC., SMILE OF THE BEYOND, INC., and THE SMILE CAFÉ, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:24-cv-04721-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Smile Café, Inc.
C/O Pradhan Balter
3406 N. Hoyne Avenue
Chicago, Il 60618


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Maria-Constanza Barducci, Esq. (Bar No. 5070487)
> Barducci Law Firm, PLLC
> 5 West 19 Street, 10th Floor
> New York, New York 10011
> (212) 433-2554

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney

*CLERK OF COURT*

Date: 7/8/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GEMANE NETTLES <br><br> *Plaintiff(s)* <br> v. <br> SRI CHINMOY CENTER CHURCH, INC., SMILE OF THE BEYOND, INC., and THE SMILE CAFÉ, INC. <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-04721-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SRI Chinmoy Centre Church, Inc.
85-45 149th Street
Jamaica, New York 11435

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Maria-Constanza Barducci, Esq. (Bar No. 5070487)
> Barducci Law Firm, PLLC
> 5 West 19 Street, 10th Floor
> New York, New York 10011
> (212) 433-2554

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*

Date: 7/8/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

